IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD STOCKTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:24-CV-284 |
| ) | |
| **LIEUTENANT JAMIE WALKER, et al,** ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on October 17, 2024. The matter was assigned and was referred to United States Magistrate Judge Maureen P. Kelly, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff filed a motion seeking leave to proceed in forma pauperis. ECF No. 2. By Memorandum Order filed February 28, 2025, Judge Kelly denied Plaintiff's motion and directed him to either (1) pay the $450.00 filing fee or (2) amend his motion by filing an affidavit establishing imminent danger before March 28, 2025. Judge Kelly's Order explained that Plaintiff's failure to do so would result in the dismissal of this action for failure to prosecute. ECF No. 5.

Plaintiff did not file either and by Report and Recommendation issued on April 22, 2025, Judge Kelly recommended that this action be dismissed due to Plaintiff's failure to prosecute. ECF No. 6. Despite being afforded the opportunity to file Objections to the Report and Recommendation, none have been filed.

1

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 29th day of September 2025;

IT IS ORDERED that this case is dismissed due to Plaintiff's failure to prosecute. A review of the docket shows that in the months since the initiation of this case, Plaintiff has taken none of the initial steps to prosecute his case.

AND IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Kelly, issued on April 22, 2025 [ECF No. 6] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge